JS-6

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12
13

| | |
|---|---|
| JORGE DE LEON and LUCIA LOPEZ, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>AXLEHIRE, INC., a California corporation, doing business as AXLEHIRE, and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO.  2:18-CV-08500-CJC-PLA<br><br>**ORDER GRANTING STIPULATION TO APPROVE PAGA SETTLEMENT** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FIRMWIDE:165201970.1 097392.1006

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED:

(1)     Good cause exists to approve the PAGA settlement (limited to Plaintiffs' claims only) pursuant to Labor Code section 2699(l)(2) pursuant to Labor Code section 2699(l)(2).

(2)     This action is dismissed in its entirety, <u>with prejudice</u> as to Plaintiffs Jorge De Leon and Lucia Lopez's claims and <u>without prejudice</u> as to other purported aggrieved workers to the extent any such individuals exist.

(3)     The Parties shall bear their own attorneys' fees and costs.

(4)     Plaintiffs shall submit a copy of this Order to the LWDA within ten (10) days after its entry.

**IT IS SO ORDERED.**

DATED:  August 21, 2019

CORMAC J. CARNEY
District Court Judge